UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cr-16-MOC-WCM

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JUSTIN ASHELY BOTT,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 2).

The Court ordered a response from the Government. In the response, the Government states that it has no objection to early termination of Defendant's term of supervised release and that the United States Probation Office concurs in this recommendation.

Finding that Defendant has shown that he is an excellent candidate for early termination of probation/supervised lease, the Court will, therefore, grant Defendant's motion.

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion for Early Termination of Supervision, (Doc. No. 2), is **GRANTED**.

Signed: April 14, 2022

Max O. Cogburn Jr.
United States District Judge