IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUSTIN ASHLEY BOTT, ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> SUNRISE COMMUNITY FOR ) <br> WELLNESS/RECOVERY, ) <br> Garnishee. ) | CASE NO. 1:21CR16 <br> (Financial Litigation Unit) |

## DISMISSAL OF ORDER OF CONTINUING GARNISHMENT

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Order of Continuing Garnishment (Doc. 16) is **GRANTED**, and the Order of Continuing Garnishment (Doc. 15) pertaining to the Garnishee named above is **DISMISSED**.

Signed: October 25, 2022

W. Carleton Metcalf
United States Magistrate Judge