IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-16-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　Plaintiff, )<br> )<br>v. )<br> )<br>JUSTIN ASHLEY BOTT, )<br>　　　　　　　　Defendant, )<br> )<br>and )<br> )<br>HAUTH, INC., )<br>　　　　　　　　Garnishee. )<br>_____ ) | ORDER |

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. 30) is **GRANTED**, and the Writ of Continuing Garnishment filed on November 7, 2023 (Doc. 27) pertaining to the Garnishee named above is **DISMISSED**.

Signed: November 22, 2023

W. Carleton Metcalf
United States Magistrate Judge

1