IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-16-MOC-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JUSTIN ASHLEY BOTT, ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| INNOVATIVE QUALITY ) | |
| SOLUTIONS LLC, ) | |
| Garnishee. ) | |

For the reasons stated therein and for good cause shown, the Government's Motion for Dismissal of Writ of Continuing Garnishment (Doc. 37) is **GRANTED**, and the Writ of Continuing Garnishment (Doc. 34) pertaining to the Garnishee named above is **DISMISSED**.

Signed: February 23, 2024

W. Carleton Metcalf
United States Magistrate Judge

1